Leopoldo Alba-Ontiveros
Reg. No. 94649-079
Cedar Hill Unit
3711 Wright Ave.
Big Spring Texas, 79720

United States
Southern District of Texas
FILED
FEB 27 2002
Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Leopoldo Alba-Ontiveros<br>Petitioner<br><br>vs.<br><br>United States of America<br>Respondent | Criminal Case No. 1:01CR00070-001<br>Civil Case No. B-02-038<br><br>Motion To Vacate, Set Aside<br>or Correct Sentence, Pursuant<br>to 28 U.S.C. §2255 |

**COMES NOW**, Leopoldo Alba-Ontiveros, acting in propria persona, Moves this Honorable Court to respectfully Submitted this motion to set aside or correct sentence pursuant to 28 U.S.C.S § 2255. This motion is supported by the Attached Statements of the Case and Memorandum of Points and Authorities.

Respectfully submitted this February 19, 2002

*Leopoldo Alba O*
Leopoldo Alba Ontiveros
Reg. No. # 94649-079
Pro se

Page 1

## STATEMENT OF THE CASE

On April 3, 2001 Leopoldo Alba-Ontiveros pled guilty to the indictment as charged, the indictment field in the Southern District of Texas, Brownsville Division. The indictment charges that on January 28, 2001 the petitioner, who had been convicted of an aggravated felony, **Delivery of Heroin**, which occurred on or about September 9, 1986, in Case Number 86-CR-1702-D in the 105th. Criminal District Court Nueces County, Texas, and who was thereafter Suppose to be excluded, deported and removed from the United States, which such deportation was never order by an Immigration and Naturalization service Judge, and who had not received the consent of the Attorney General of the United States to reapply for admission, attempted to enter, entered and was found in the United States in the Northern District of Texas in violation of 8 U.S.C. §1326.

On April 3, 2001, Petitioner plead guilty to the Indictment as charged.

On July 2, 2001, Honorable Hilda G. Tagle, U.S. District Judge, sentenced to serve Seventy (70) months in the custody of the Bureau of Prisons, and imposed a three-year term of supervised release and a $100 special assessment.

**Comes Now, petitioner, Lopoldo Alba-Ontiveros** respectfully submits this Motion under 28 U.S.C. § 2255. This motion is based on INEFECTIVE legal representation

## STATEMENT OF THE ISSUE

1st. <u>Whether Mr. Alba was sentence under the new Supreme Court Decision APRENDI V. NEW JECEY.</u>

2th. <u>whether Mr. Alba had a legal interpreter at the time of his arraignment and the sentencing proceedings in this case.</u>

3th. <u>Whether The Court fail to show the official deportation documents to show cause to charge Mr. Alba pursuant 8 U.S.C. 1326(a)</u>

## ARGUMENT

Petitioner **Leopoldo Alba-Ontiveros** . argued that his prior conviction was a element of the offense that should have been charged in the indictment in the light of <u>**Apprendi v. New Jersey**, 530 U.S. 466, 120 S.Ct 2348 (2000).</u> on the fact that *Apprendi* did not overrule <u>**Almendarez-Torres**, 523 U.S. 224 (1998).</u>

Comes Now, Petitioner Leopoldo Alba Ontiveros, respectfully submits this motion to Vacate, Set Aside or Correct Sentence by a Federal Prisoner Under Title 28 U.S.C. §2255. Petitioner Alba is filing this motion within the one year his Judgment became final.

The indictment charged Petitioner Leopoldo Alba Ontiveros with violation 8 U.S.C. §1326 by reentering the United States after removal. Section §1326 (a) punishes that offense by a term of imprisonment not to exceed two (2) years. Due to a subsequent conviction December 2,1986 , for a "aggravated felony " conviction of **Delivery of (Heroin)** , Defendants offense level was increased by sixteen +(16) level pursuant to U.S.S.G. § 2L1.2 (b)(1)(A). (Page 5, Paragraph 22). Of Petitioners' Presentence Investigation Report (PSI).

The defense for the defendant failed to address the fact that under the new Supreme Court Decision APRENDI V. NEW JERCY 120 S. Ct.2348(2000) where the Supreme Court stated that, No Judge can impose a greater sentence that the one permitted by law which serve as base offence, in this case pursuant 8 U.S.C. 1326 (a).

The defendant argues that The Court fail to exhibit any documentation that will support his official deportation from an Immigration Judge.

Mr. Alba also argues that his right to a due process, due to the fact that he did not had an efficient legal representation, Mr. Alba did not had any intelligently knowledge of all the charges of the instant offence, bieng that Mr. Alba do not read or speak Spanish or English fail to explain definition of "aggravated felony".

## CONCLUSION

**THEREFORE,** for the above mention reason, Petitioner Leopoldo Alba Ontiveros prays this Honorable Court to vacate his 70 month sentence and grant this Motion , and resentence him regard to sentencing should be applied accordingly , based on the recent decision APRENDI V. NEW JERCEY and his claim of ineffective legal representation.

Respectfully submitted this _19_ day of February., 2002

*Leopoldo Alba O*
Leopoldo Alba-Ontiveros
Reg No. 94649-079
pro-se

## CERTIFICATE OF SERVICE

I, Leopoldo Alba-Ontiveros, hereby affirm that on this __19__ day of __Feb__, 2002, I deposit in the receptacle for the United States mail provided for inmates at this institution, fist class postage prepaid, in a sealed enveloped addressed to:

Jose A. Esquivel, Jr.
A.U.S.A.
600 E. Harrison St. #201
Brownsville, Texas 78520-7155

Respectfully,

DATE: 2/19/02

*Leopoldo alba O*

Leopoldo Alba-Ontiveros
Reg No. 94642-079
Pro se