2

United States District Court
Southern District of Texas

FEB 27 2002

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Leopoldo Alba-Ontiveros

Reg.94849-079

Pro-se

United States Of America

Respondent,

v.

Petitioner

Case No.1:01CR00070-001

Civil Case No. B-02- 038

Motion To Vacate to proceed in

---

COMES NOW Petitioner, Leopoldo Alba-Ontiveros, acting in pro-se respectfully submits this motion to proceed in forma pauperis in the above entitle case ;that in support of my motion to proceed without being required to pay fees , Court costs or give security therefore I state that because of my poverty I 'am , unable to pay the costs of said proceedding . this motion is supported by the attached financial statement .

Respectfully submitted the ___19___ day of February. 2002

Leopoldo Alba-Ontiveros

Reg.# 94849-079

Cedar Hill Unit
3711 Wright Ave.

Big Spring Texas , 79720

# FINANCIAL CERTIFICATE
(Post-filing/inmate accounts)

Alba-Dutiveros Leopoldo

**INMATE NAME** (*please print*)

94649-079

**INMATE NUMBER**

U.S. DISTRICT COURT CASE NUMBER _____

1. INCOME received by inmate during preceding month: $ **30.00**

2. CURRENT ACCOUNT BALANCE: **.32¢**
   Funds accessible to inmate as of **2/20/02**, including amount in savings
   account, in excess of minimum amount that must be maintained: $ **N/A**

3. Amount forwarded to court under 28 U.S.C. § 1915(b)(2): $ _____
   (20% of preceding month's income, from current balance over $10.00)

   I hereby certify that as of this date, the above financial information is accurate for
the above-named inmate, and that a copy of this certificate is being provided to the above-
named inmate.

Luci Padron

**AUTHORIZED OFFICER**

TITLE: Inmate Trust

02/20/02

**DATE**